PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2017

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Gonzales, Amy Jo | Docket No. | 0980 2:16CR00167-004 |

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Amy Jo Gonzales, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 17th day of April, 2017 under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless defendant first notifies the supervising Pretrial Services Officer in the captioned manner.

**Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Condition (subsection titled) Substance Abuse Evaluation and Treatment:** If Defendant is required to submit to a substance abuse evaluation, inpatient or outpatient treatment, the following shall apply: Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with the rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment.

**Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Re: Gonzales,, Amy Jo
June 23, 2017
Page 2

**Violation #1:** Being charged with violation of RCW 9.44.140, Failing to Comply with Environmental Conservation Order, on or about June 9, 2017.

**Violation #2:** Failing to report as directed, by telephone, to United States Pretrial Services, as directed on June 19, 2017.

**Violation #3:** Failing to comply with the rules of a treatment program between April 27 and June 20, 2017.

**Violation #4:** Failing to attend a random urinalysis test at First Step Community Counseling Services on May 22, 2017.

**Violation #5:** Failing to produce a urinalysis sample for testing at First Step Community Counseling Services on June 15, 2017.

**Violation #6:** Failing to attend a random urinalysis test at First Step Community Counseling Services on June 22, 2017.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    June 23, 2017 |
| by | s/Dan M. Manning |
|  | Daniel M. Manning<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

June 23, 2017
Date